IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. |
| | § | |
| TERRY ROSS BLAKE, | § | COUNT 1: 18 U.S.C. § 1962(d): Conspiracy |
| a/k/a "Big Terry," | § | to Participate in a Racketeering Enterprise; |
| LARRY MAX BRYAN, | § | |
| a/k/a "Slick," | § | COUNT 2: 21 U.S.C. § 846: Conspiracy |
| JAMES LAWRENCE BURNS, | § | to Possess with Intent to Distribute |
| a/k/a "Chance," | § | Methamphetamine and Cocaine; |
| REBECCA JOHNSON CROPP, | § | |
| BEN CHRISTIAN DILLON, | § | COUNT 3: 18 U.S.C. § 1959 (a)(1): |
| a/k/a "Tuff," | § | Murder of Aaron Wade Otto; |
| RUSTY EUGENE DUKE, | § | |
| a/k/a "Duke" | § | COUNTS 4, 6 & 10:18 U.S.C.§ 924(j)(1) |
| KELLY RAY ELLEY, | § | Using and Carrying a Firearm to Commit |
| a/k/a "Magic," | § | Murder During and in Relation to a Crime |
| DESTINY NICOLE FEATHERS, | § | of Violence; |
| CHAD RAY FOLMSBEE, | § | |
| a/k/a "Polar Bear," | § | COUNT 5: 18 U.S.C. § 1959 (a)(1): |
| SAMANTHA DEANN GOLDMAN, | § | Murder of Robert Alan Branch |
| KENNETH MICHAEL HANCOCK, | § | |
| a/k/a "Hancock," | § | COUNT 7: 18 U.S.C. § 1959 (a)(1): |
| DUSTIN LEE HARRIS, | § | Kidnapping of Mark Davis Byrd, Sr. |
| a/k/a "Lightning," | § | |
| BENJAMIN TROY JOHNSON, | § | COUNT 8: 18 U.S.C. § 1959 (a)(5): |
| a/k/a "South," | § | Conspiracy to Murder Mark Davis Byrd, Sr.; |
| CLAY JARRAD KIRKLAND, | § | |
| a/k/a "Diesel," | § | COUNT 9: 18 U.S.C. § 1959 (a)(1): |
| MICHAEL RICHARD LAMPHERE, | § | Murder of Mark Davis Byrd, Sr.; |
| a/k/a "Lamp," | § | |
| JAMIE GRANT LOVEALL, | § | COUNT 11: 18 U.S.C. § 1959 (a)(1) & 3: |
| a/k/a "Dutch," | § | Accessory After the Fact in the Murder of |
| WILLIAM DAVID MAYNARD, | § | Mark Davis Byrd, Sr.; |
| a/k/a "Baby Huey," | § | |
| SHANE GAIL MCNIEL, | § | COUNT 12: 18 U.S.C. § 1959 (a)(1): |

| | | |
|---|---|---|
| a/k/a "Dirty," | § | Kidnapping of Albert Duane Parker; |
| JAMES MARSHALL MELDRUM, | § | |
| a/k/a "Dirty," | § | COUNT 13: 18 U.S.C. § 1959 (a)(3): |
| GLEN RAY MILLICAN JR, | § | Assault of Albert Duane Parker; |
| a/k/a "Fly," | § | |
| CHRISTOPHER JAMES MORRIS, | § | COUNT 14: 18 U.S.C.§ 1959(a)(3): |
| a/k/a "Rockstar," | § | Assault of Tommy Dale Slaughter; |
| STEPHEN TOBIN MULLEN, | § | |
| a/k/a "Scuba Steve," | § | COUNT 15:18 U.S.C. § 1959 (a)(1): |
| JUSTIN CHRISTOPHER NORTHRUP, | § | Kidnapping of Joseph Wright; |
| a/k/a "Ruthless," | § | |
| RONALD LEE PRINCE, | § | COUNT 16:18 U.S.C. § 1959 (a)(1): |
| a/k/a "Big Show," | § | Kidnapping of Ray Deason; |
| CHARLES LEE ROBERTS, | § | |
| a/k/a "Jive," | § | COUNT 17:18 U.S.C. § 1959(a)(5): |
| DAVID ORLANDO ROBERTS, | § | Attempted Murder of Jason Head: and |
| a/k/a "Chopper," | § | |
| BILLY DON SEAY, | § | 18 U.S.C. § 2: Aiding and Abetting. |
| a/k/a "Big Nasty," | § | |
| JAMES ERIK SHARRON, | § | |
| a/k/a "Flounder," | § | |
| SAMMY KEITH SHIPMAN, | § | |
| a/k/a "Stubby," | § | |
| BRIAN LEE THOMAS, | § | |
| a/k/a "Bam Bam," | § | |
| FREDRICK MICHAL VILLARREAL, | § | |
| a/k/a "Big Mike," | § | . |
| TAMMY MELISSA WALL, | § | |
| BILLY FRANK WEATHERRED, | § | |
| a/k/a "Billy The Kid," and | § | |
| STEVEN WORTHEY, | § | |
| a/k/a "Worthey," | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF GOVERNMENT COUNSEL SUBSTITUTION

**COMES NOW** the United States of America, by and through Kenneth Magidson, United States Attorney, and Tim S. Braley, Assistant United States Attorney, for the Southern District of

Texas, and gives notice to the Court and counsel for the defendants that the government counsel assigned to the above styled cause in Houston has <u>changed</u> and requests all ECF notices and correspondence be delivered to:

**<u>Lead Counsel, Attorney to be Noticed</u>**
**Tim S. Braley**
**Deputy Chief Narcotics/Organized Crime Drug Enforcement Task Force**
**1000 Louisiana Street, Suite 2300**
**Houston, TX 77002**
**timothy.braley@usdoj.gov**
**(713) 567-9714**

**<u>Attorney to be Noticed</u>**
**Edward Gallagher**
**Deputy Chief Major Offenders**
**1000 Louisiana Street, Suite 2300**
**Houston, TX 77002**
**ed.gallagher@usdoj.gov**
**(713) 567-9443**

Dave Karpel remains a lead counsel of record and should continue to receive all ECF notices and correspondence.

**<u>Lead Counsel, Attorney to be Noticed</u>**
**David N. Karpel**
**Department of Justice**
**Criminal Division, Gang Unit**
**950 Pennsylvania Ave NW**
**Washington, DC 20530**
**202-307-5715**
**david.karpel@usdoj.gov**

    Respectfully submitted,

    Tim S. Braley
    United States Attorney

    <u>/s/ Tim S. Braley</u>
    Tim S. Braley
    Assistant United States Attorney

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the above Notice was provided to counsel for the defendants on April 3, 2013.

 

                                              /s/ Tim S. Braley
                                              Tim S. Braley
                                              Assistant United States Attorney