IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO.  H-12-272S |
| | § | |
| TERRY ROSS BLAKE, | § | COUNT 1: 18 U.S.C. § 1962(d): Conspiracy |
| a/k/a "Big Terry," | § | to Participate in a Racketeering Enterprise; |
| LARRY MAX BRYAN, | § | |
| a/k/a "Slick," | § | COUNT 2: 21 U.S.C. § 846: Conspiracy |
| JAMES LAWRENCE BURNS, | § | to Possess with Intent to Distribute |
| a/k/a "Chance," | § | Methamphetamine and Cocaine; |
| REBECCA JOHNSON CROPP, | § | |
| BEN CHRISTIAN DILLON, | § | COUNT 3: 18 U.S.C. § 1959 (a)(1): |
| a/k/a "Tuff," | § | Murder of Aaron Wade Otto; |
| RUSTY EUGENE DUKE, | § | |
| a/k/a "Duke" | § | COUNTS 4, 6 & 10:18 U.S.C.§ 924(j)(1) |
| KELLY RAY ELLEY, | § | Using and Carrying a Firearm to Commit |
| a/k/a "Magic," | § | Murder During and in Relation to a Crime |
| DESTINY NICOLE FEATHERS, | § | of Violence; |
| CHAD RAY FOLMSBEE, | § | |
| a/k/a "Polar Bear," | § | COUNT 5: 18 U.S.C. § 1959 (a)(1): |
| SAMANTHA DEANN GOLDMAN, | § | Murder of Robert Alan Branch |
| KENNETH MICHAEL HANCOCK, | § | |
| a/k/a "Hancock," | § | COUNT 7: 18 U.S.C. § 1959 (a)(1): |
| DUSTIN LEE HARRIS, | § | Kidnapping of Mark Davis Byrd, Sr. |
| a/k/a "Lightning," | § | |
| BENJAMIN TROY JOHNSON, | § | COUNT 8: 18 U.S.C. § 1959 (a)(5): |
| a/k/a "South," | § | Conspiracy to Murder Mark Davis Byrd, Sr.; |
| CLAY JARRAD KIRKLAND, | § | |
| a/k/a "Diesel," | § | COUNT 9: 18 U.S.C. § 1959 (a)(1): |
| MICHAEL RICHARD LAMPHERE, | § | Murder of Mark Davis Byrd, Sr.; |
| a/k/a "Lamp," | § | |
| JAMIE GRANT LOVEALL, | § | COUNT 11: 18 U.S.C. § 1959 (a)(1) & 3: |
| a/k/a "Dutch," | § | Accessory After the Fact in the Murder of |
| WILLIAM DAVID MAYNARD, | § | Mark Davis Byrd, Sr.; |
| a/k/a "Baby Huey," | § | |
| SHANE GAIL MCNIEL, | § | COUNT 12: 18 U.S.C. § 1959 (a)(1): |

| | | |
|---|---|---|
| a/k/a "Dirty," | § | Kidnapping of Albert Duane Parker; |
| JAMES MARSHALL MELDRUM, | § | |
| a/k/a "Dirty," | § | COUNT 13: 18 U.S.C. § 1959 (a)(3): |
| GLEN RAY MILLICAN JR, | § | Assault of Albert Duane Parker; |
| a/k/a "Fly," | § | |
| CHRISTOPHER JAMES MORRIS, | § | COUNT 14: 18 U.S.C.§ 1959(a)(3): |
| a/k/a "Rockstar," | § | Assault of Tommy Dale Slaughter; |
| STEPHEN TOBIN MULLEN, | § | |
| a/k/a "Scuba Steve," | § | COUNT 15:18 U.S.C. § 1959 (a)(1): |
| JUSTIN CHRISTOPHER NORTHRUP, | § | Kidnapping of Joseph Wright; |
| a/k/a "Ruthless," | § | |
| RONALD LEE PRINCE, | § | COUNT 16:18 U.S.C. § 1959 (a)(1): |
| a/k/a "Big Show," | § | Kidnapping of Ray Deason; |
| CHARLES LEE ROBERTS, | § | |
| a/k/a "Jive," | § | COUNT 17:18 U.S.C. § 1959(a)(5): |
| DAVID ORLANDO ROBERTS, | § | Attempted Murder of Jason Head: and |
| a/k/a "Chopper," | § | |
| BILLY DON SEAY, | § | 18 U.S.C. § 2: Aiding and Abetting. |
| a/k/a "Big Nasty," | § | |
| JAMES ERIK SHARRON, | § | |
| a/k/a "Flounder," | § | |
| SAMMY KEITH SHIPMAN, | § | |
| a/k/a "Stubby," | § | |
| BRIAN LEE THOMAS, | § | |
| a/k/a "Bam Bam," | § | |
| FREDRICK MICHAL VILLARREAL, | § | |
| a/k/a "Big Mike," | § | . |
| TAMMY MELISSA WALL, | § | |
| BILLY FRANK WEATHERRED, | § | |
| a/k/a "Billy The Kid," and | § | |
| STEVEN WORTHEY, | § | |
| a/k/a "Worthey," | § | |
| | § | |
| Defendants. | § | |

## ORDER

The United States Notice/Motion to Substitute Counsel of Record is **GRANTED.** All ECF notices or other case-related correspondence should be directed to:

**Lead Counsel, Attorney to be Noticed:**
Tim S. Braley
**Deputy Chief Narcotics/Organized Crime Drug Enforcement Task Force**
**1000 Louisiana Street, Suite 2300**
**Houston, TX 77002**
timothy.braley@usdoj.gov
**(713) 567-9714**

**Attorney to be Noticed:**
Edward Gallagher
**Deputy Chief Major Offenders**
**1000 Louisiana Street, Suite 2300**
**Houston, TX 77002**
ed.gallagher@usdoj.gov
**(713) 567-9443**

**Lead Counsel, Attorney to be Noticed**
David N. Karpel
**Department of Justice**
**Criminal Division, Gang Unit**
**950 Pennsylvania Ave NW**
**Washington, DC 20530**
**202-307-5715**
**david.karpel@usdoj.gov**


Signed this _____ day of April 2013.


_____
Sim Lake
United States District Court Judge
Southern District of Texas

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above Notice was provided to counsel for the defendants on April 3, 2013.

/s/ Tim S. Braley
Tim S. Braley
Assistant United States Attorney